Ronald F. Price (5535)
Alan Dunaway (13514)
Price Parkinson & Kerr, PLLC
5742 West Harold Gatty Drive, Suite 101
Salt Lake City, Utah 84116
Telephone: (801) 530-2964
E-mail: ronprice@ppktrial.com
         alandunaway@ppktrial.com

*Attorneys for Defendant The Cherrington Firm*

**UNITED STATES DISTRICT COURT DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| TARA PERETTO,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL W. ERICKSON, UTAH COUNTY CONSTABLE'S OFFICE, ROB KOLKMAN, OFFICE OF THE UTAH CONUTY CONSTABLE, LLC, UTAH PROCESS INC., CONSTABLE KILKMAN LLC, THE CHERRINGTON FIRM, and JOHN DOES 1-5,<br><br>    Defendants. | **DEFENDANT THE CHERRINGTON FIRM'S REQUEST FOR HEARING OR, IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF RULE 37-1 DISCOVERY MOTION**<br><br>Case No. 1:23-cv-00025<br><br>Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |

The Cherrington Firm (the "Firm") respectfully objects to Plaintiff's opposition to the Firm's Rule 37-1 motion to compel production of Plaintiff's attorney fee agreement[1] and requests a hearing or, in the alternative, moves the Court for leave to file a sur-reply not to exceed 500 words exclusive of caption and signature page. This request for hearing and alternative motion for leave to file a sur-reply is based upon the following:

---

[1] Plaintiff's opposition is ECF No. 58.

      1.      DUCivR 37-1(b)(3) limits a response to a short form discovery motion to 500 words.

      2.      In connection with her response, Plaintiff filed a 5 page declaration of counsel, which declaration contains argument in addition to those made in her opposition.[2] By so doing, Plaintiff has skirted the 500 word limitation set forth in DUCivR 37-1(b)(3).

      3.      In his declaration, Plaintiff's counsel makes a personal attack on the undersigned, accusing the undersigned of engaging in unethical and improper conduct by seeking to obtain Plaintiff's fee agreement.

In light of Plaintiff's skirting of the applicable 500 word limitation, and in light of counsel's unfounded personal attacks on the undersigned, the Firm requests that the Court hold a hearing on the motion to compel discovery or, in the alternative, moves the Court for leave to file a sur-reply not to exceed 500 words, exclusive of caption and signature page.

DATED this 13th day of August 2024.

                                PRICE PARKINSON & KERR, PLLC

                                /s/ Ronald F. Price
                                Ronald F. Price

---

[2] The Declaration is ECF No. 58-1.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of August, 2024 the foregoing **DEFENDANT THE CHERRINGTON FIRM'S REQUEST FOR HEARING OR, IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF RULE 37-1 DISCOVERY MOTION** was filed electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Ronald Price