J. Tyler Martin (13551)
**GORDON REES SCULLY MANSUKHANI, LLP**
15 W. South Temple, Suite 1600
Salt Lake City, UT 84101
Telephone: (801) 204-9989
Facsimile: (385) 282-7590
tymartin@grsm.com

*Attorneys for Defendants Rob Kolkman and Constable Kolkman LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| TARA PERETTO,<br><br>      Plaintiff,<br>v.<br><br>MICHAEL W. ERICKSON, UTAH COUNTY CONSTABLE'S OFFICE, ROB KOLKMAN, OFFICE OF THE UTAH COUNTY CONSTABLE, LLC., UTAH PROCESS INC., CONSTABLE KOLKMAN LLC, THE CHERRINGTON FIRM, and JOHN DOES 1-5,<br><br>      Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 1:23-CV-00025-DBB-DBP<br><br>Judge: David Barlow<br><br>Magistrate Judge: Dustin B. Pead |

PLEASE TAKE NOTICE that J. Tyler Martin, of the law firm of Gordon Rees Scully Mansukhani, LLP, hereby enters her appearance in this matter as counsel for Defendants Rob Kolkman and Constable Kolkman LLC, and request that all future notices and copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon them at the captioned contact information above.

**DATED** this 5th day of June 2025.

                                                                    **GORDON REES SCULLY**
                                                                    **MANSUKHANI, LLP**

                                                                    */s/ J. Tyler Martin*
                                                                    J. Tyler Martin
                                                                    *Attorney for Defendants Rob Kolkman*
                                                                    *and Constable Kolkman LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June 2025, a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was filed with the Clerk of the Court using an approved electronic filing system, ECF, which will automatically send notification of such filing to all counsel who have entered an appearance in this action.

/s/ *Amber Liechty*